**Order entered June 2, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00245-CV

## IN THE INTEREST OF J.C., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-00345W**

## ORDER

We **GRANT** appellants Luiz Campuzano and Mary McEvoy's motion to extend time to file brief by two days and **ORDER** the brief tendered to the Clerk of the Court on May 31, 2015 filed as of the date of this order. The State shall file its brief in response no later than June 22, 2015. Because this is an accelerated appeal in a parental termination case, no extensions will be granted absent exigent circumstances.

/s/     MOLLY FRANCIS
JUSTICE